IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MICHAEL JACOB                                                                                               PLAINTIFF

v.                                               1:06CV00053 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                 DEFENDAN

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 13th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE